**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03050-LTB

JEREMY PINSON,

    Applicant,

v.

DAVID BERKEBILE,

    Respondent.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On January 27, 2014, Applicant submitted a Corrected Motion for Reconsideration, ECF No. 8.  For the same reasons stated in the Court's January 9, 2014 Order, reconsideration is DENIED.  Plaintiff is reminded that because the action was dismissed without prejudice he may pursue his claims by filing a new civil action if he chooses.

Dated:  January 27, 2014